THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| REMY BUBBA KUSH, | **ORDER OF RECUSAL** |
| Plaintiff, | No. 2:25-cv-00047 |
| vs. | District Judge David Barlow |
| DONALD TRUMP, *et al..* | |
| Defendants. | |

    I recuse myself in this case and ask that the appropriate assignment card for equalization be drawn by the clerk's office.

    Signed February 14, 2025.

BY THE COURT

_____
David Barlow
United States District Judge