IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| REMY BUBBA KUSH,<br><br>    Plaintiff,<br><br>v.<br><br>RAND PAUL, WILLIAM GATES, ANTHONY FAUCI, SPENCER COX, MITT ROMNEY, GAVIN NEWSOM, JARED POLIS, NIH DIRECTORS, FDA DIRECTORS, CDC DIRECTORS, PFIZER, MODERNA, ASTRAZENECA, JOHNSON AND JOHNSON, and ANDREW CUOMO,<br><br>    Defendants. | **MEMORANDUM DECISION AND ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:25-cv-00047-JNP-DBP<br><br>Chief District Judge Jill N. Parrish |

    Plaintiff Remy Bubba Kush filed a complaint against Defendants on January 22, 2025. ECF No. 1. The complaint contains a single allegation accusing all Defendants of "mass deception and misrepresentation of the 'COVID VACCINE' . . . ." *Id.* Plaintiff also filed a Motion for Leave to Proceed In Forma Pauperis that same day. ECF No. 2. The case and motion were referred to Magistrate Judge Dustin B. Pead under 28 U.S.C. § 636(b)(1)(B). ECF No. 7.

    On May 19, 2025, Judge Pead issued an order outlining deficiencies in the complaint and ordering Plaintiff to file an amended complaint no later than June 19, 2025. ECF No. 8. Plaintiff never filed an amended complaint. Judge Pead then prepared a report and recommendation that the court deny the Plaintiff's Motion for Leave to Proceed In Forma Pauperis and dismiss the case without prejudice. ECF No. 20.

Because Mr. Kush did not object to the report and recommendation, he has waived any argument challenging its recommendations. *Paciorek v. Church of Jesus Christ of Latter-Day Saints*, No. 2:23-cv-00904, 2024 WL 2818881 (D. Utah June 3, 2024). And nothing indicates that the interests of justice demand excusing waiver here. *Id.*

Even if the court excused waiver and reviewed for clear error, the court would conclude that Judge Pead's analysis is not clearly erroneous. *See Zloza v. Indus. Co.*, No. 4:23-cv-17, 2023 WL 2760784, at *1 (D. Utah Apr. 3, 2023). Thus, the court **ADOPTS** the report and recommendation in full, **DENIES** the Plaintiff's Motion for Leave to Proceed In Forma Pauperis, and **DISMISSES** the Plaintiff's action without prejudice.

Signed October 29, 2025.

BY THE COURT

_____
Jill N. Parrish
United States Chief District Judge