IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| REMY BUBBA KUSH,<br><br>　　　Plaintiff,<br><br>v.<br><br>RAND PAUL, WILLIAM GATES, ANTHONY FAUCI, SPENCER COX, MITT ROMNEY, GAVIN NEWSOM, JARED POLIS, NIH DIRECTORS, FDA DIRECTORS, CDC DIRECTORS, PFIZER, MODERNA, ASTRAZENECA, JOHNSON AND JOHNSON, and ANDREW CUOMO,<br><br>　　　Defendants. | **JUDGMENT**<br><br>Case No. 2:25-cv-00047-JNP-DBP<br><br>Chief District Judge Jill N. Parrish |

　　　IT IS ORDERED AND ADJUDGED that Plaintiff Remy Bubba Kush's action is dismissed without prejudice.

Signed October 29, 2025.

　　　　　　　　　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Jill N. Parrish
　　　　　　　　　　　　　　　　　　United States Chief District Judge